UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CASE NO. 3:19-cv-199-GNS

BRITTANY GOODLETT

     Plaintiff

v.

UNITED STATES OF AMERICA

     Defendant

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiff, by counsel, pursuant to F.R.C.P. 41(a)(1)(A)(i) and hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant.

Respectfully submitted,

*s/ John L. Smith___*
John L. Smith
Morgan & Morgan
611 E. Spring Street
New Albany, IN  47150
812-850-6850 (t)
812-941-4026 (f)
johnsmith@forthepeople.como
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and accurate copy of the foregoing was

electronically filed with the Clerk of the Court by using the CM/ECF system on April 18,

2019, which will send notice of electronic filing to the following:

Nathan T. Solomon
United States Postal Service Law Department
1720 Market Street, Room 2400
St. Louis, Missouri 63155-9948
215-351-3818 (t)
314-345-5893 (f)
Nathan.T.Solomon@usps.gov
*Counsel for Defendant*

                                        *s/ John L. Smith__*
                                        *Counsel for Plaintiff*